AO106(Rev.5/85) Affidavit for Search Warrant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

xxxxxxxxxxxxxxxx
Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I   Frank Oliver   being duly sworn depose and say:

I am a(n)   Special Agent with the Bureau of Alcohol, Tobacco & Firearms   and have reason to believe
        (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
xxxxxxxxxxxxxxxx
Washington, D.C.

in the District of Columbia, there is now concealed a certain person or property, namely  (describe the person or property to be searched)
SEE ATTACHED AFFIDAVIT

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
SEE ATTACHED AFFIDAVIT

concerning a violation of Title   21   United States Code, Section(s)  841(a)(1)  . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

Signature of Affiant
Frank Oliver,  Special Agent
Bureau of Alcohol, Tobacco & Firearms

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer          Signature of Judicial Officer