# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

SEARCH WARRANT

614 I Street, Southeast
Washington, D.C.

CASE NUMBER: 06 - 1 1 3 - M - 01

TO: Bureau of Alcohol, Tobacco, Firearms and Explosives, and any Authorized Officer of the United States

Affidavit having been made before me by <u>Special Agent Frank L. Oliver</u> who has reason to believe that on the premises known as (name, description and or location)

as 641 I Street, Southeast, Washington, D.C. to include all areas bounded by and including its curtilage. The residence is located on the south side of the 600 block of "I" Street, Southeast, Washington D.C. The residence marked "641" I Street is east of 6th Street and to the west of 7th street and north of Virginia Avenue, in the Southeast section of Washington, D.C... The residence numbered"641" "I" Street, Southeast, is situated to the west of the residence numbered"643" and to the east of the residence numbered "639". . The residence marked "641" I Street is located directly above the residence marked "641 ½". The residence known as 641 I Street, Southeast, is more particularly described as being located in a three-story, red brick, attached duplex row house, with beige trim. The numbers "641" appear in gold on a window that is directly above the front door to the residence marked "641". There is a beige colored overhang above the porch. The four panel front door to the residence is green in color, and has a brass mail slot located in the middle of the door. There is a black door handle on the left side of the door. Directly above the black door handle is a black colored deadbolt lock. The front porch and steps are made of wrought iron and are black in color.

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

all narcotics, paraphernalia, books, papers and records evidencing the distribution of narcotics, assets derived from the proceeds of narcotic trafficking, proof of ownership or occupancy of premises and/or illegal weapons, which is in violation of the Title 21 of the United States Code, Section 841(a) (1) .

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 3/24/06
                                                                                    Date

(not to exceed 10 days) the place named above for the property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the

property seized and promptly return this warrant to the U.S. Magistrate Judge, as required by law.

___MAR 14 2006___ at Washington, D.C.
Date and Time Issued

                                           _John M. Facciola_
                                           United States Magistrate Judge
                                           Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>3/14/06 | DATE AND TIME WARRANT EXECUTED<br>3/23/06  0811 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- bass - with cocaine residue
- muscle man - Tazer
- cocaine residue
- 12 gauge shotgun - serial # AL237448
- Documents
- passports (2)
- Nextel phone

**FILED**

MAR 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Frank Oliver_

Subscribed, sworn to, and returned before me this date.

_____  3/23/06
U.S. Judge or Magistrate    Date